**JS 6**

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| RICHARD FAUST,<br><br>        Plaintiff,<br>  vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No.: **CV08-06843 DSF (FFMx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  1/19/10

_____
Dale S. Fischer
United States District Judge

1

[Proposed] Order